NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARY MARTHA McCOMAS,

Plaintiff-Appellant,

v.

PHH MORTGAGE CORPORATION, a
New Jersey Corporation; HSBC BANK
USA, N.A., as Trustee for Merrill Lynch
Mortgage Investors Trust Series MLCC
2006-2 Mortgage Pass-Through Certificates,

Defendants-Appellees.

No. 23-35415

D.C. No. 1:22-cv-00435-CL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Ann L. Aiken, District Judge, Presiding

Submitted May 29, 2024[**]

Before:     FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Mary Martha McComas appeals pro se from the district court's judgment

dismissing her diversity action arising out of foreclosure proceedings.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion a denial of a motion to amend a complaint.  *In re Daisy Sys. Corp.*, 97 F.3d 1171, 1175 (9th Cir. 1996).  We affirm.

The district court did not abuse its discretion in denying McComas leave to file a second amended complaint because further amendment would have been futile.  *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (explaining that leave to amend may be denied where amendment would be futile); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1072 (9th Cir. 2008) (affirming denial of leave to amend for failing to articulate how an amended complaint would cure prior deficiencies).

**AFFIRMED.**